IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER RAYSHAWN RICHARDSON, | * |
| | * |
| Plaintiff, | Case No. 5:20-CV-322-TES |
| v. | * |
| MACON BIBB COUNTY, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 28, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 30th day of June, 2022.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk